Case: 1:26-mj-00123
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 7/22/2026
Description: COMPLAINT W/ARREST WARRANT

## Statement of Facts

On July 16, 2026, at approximately 9:38 PM, members of the Metropolitan Police Department ("MPD") Violent Crime Suppression Division – Robbery Suppression Unit were patrolling the 1500 block of Shippen Lane, SE, Washington D.C. Officers were driving marked and unmarked vehicles and were wearing plain clothes with the words "Police" clearly visible on their bullet proof vests.

MPD Investigators Marsh, Suarez, Hernandez-Martinez, and Duckett were operating an unmarked vehicle when they observed Antoine DUTCH take unprovoked flight toward Stanton Rd SE. The investigators followed DUTCH in their vehicle and observed him slow down and stop on the sidewalk. As the investigators exited their vehicle to make contact with DUTCH, they observed him exhale a cloud of smoke while holding an item resembling a marijuana cigarette in his hand. Upon the investigators exiting vehicle, DUTCH attempted to run in the opposite direction, but tripped and fell to the ground. Investigators smelled a strong odor of marijuana as they approached DUTCH and placed him in handcuffs.



***Figure 1: Still Investigator Hernandez-Martinez's body worn camera, depicting the marijuana cigarette (circled in red) on the ground next to DUTCH.***

1

Investigators then detected and recovered a firearm from DUTCH's waistband as they were flipping him over after his fall to the ground. The recovered firearm was a Smith and Wesson M&P 9 Shield bearing serial number JNS8233. The firearm was loaded with one round of 9mm ammunition in the chamber and an additional 10 rounds in the magazine.



*Figure 2: Photo of the firearm being recovered from DUTCH's pants.*

A criminal history check revealed that DUTCH was previously convicted in D.C. Superior Court case no. 2018 CF3 007740 of Unlawful Possession of a Firearm (prior conviction) and sentenced to 28 months of incarceration with eight months suspended. Accordingly, DUTCH would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Antoine DUTCH with violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

Respectfully submitted,

Noah Duckett
Officer, Badge # 1759
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 22, 2026.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

3